**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>SOUTH HILLS OPERATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-21217-CMB<br>(Jointly Administered) |
| ROBERT S. BERNSTEIN, Liquidating Trustee of SOUTH HILLS OPERATIONS, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>SHIFTMED, LLC,<br><br>Defendant. | Adversary Pro. No. 26-02042-CMB |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 2, 2026, I caused a copy of the Complaint, Summons in an Adversary Proceeding, Order regarding Adversary Proceeding & Notice to Comply with Early Conference of Parties Procedure, and Early Conference Certification and Stipulation to be served upon the following persons and parties by electronic means through the ECF system or by mail, as follows:

**<u>Via First Class Mail</u>**

ShiftMed, LLC
Attn: President/CEO/Highest Available Officer
7925 Jones Branch Drive, Suite 1100

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149);Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

McLean, VA 22102

ShiftMed, LLC
Attn: President/CEO/Highest Available Officer
c/o File Jet Inc.
144 Kings Highway Southwest, Suite 304
Dover, DE 19901

WH BURKLEY, LLP

By:/s/ Mason S. Shelton
Mason S. Shelton, Esquire
mshelton@bernsteinlaw.com
PA ID No. 332792
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-1900
Telephone: (412) 456-8100
Facsimile: (412) 456-8135

*Counsel to the Liquidating Trustee*